MATT JOHNSON, CHIEF JUSTICE
STEVE SMITH, JUSTICE
LEE HARRIS, JUSTICE



SHERRY WILLIAMSON, CLERK
254-757-5200

# Court of Appeals
## Tenth Appellate District of Texas

MCLENNAN COUNTY COURTHOUSE
501 WASHINGTON AVENUE, RM. 415
WACO, TEXAS 76701-1373

May 1, 2025

Matthew D. Sharpe
* DELIVERED VIA E-MAIL *

Sean W. Hester
* DELIVERED VIA E-MAIL *

J. Davis Watson
* DELIVERED VIA E-MAIL *

Mark Hellinger
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   10-25-00131-CV
         Trial Court Case Number:   21-000379-CV-272

STYLE:  Trident Homes, Inc. and Ryan Strickland
         v.
         Ramesh Kainthla and Neetu Kainthla

By order of the Supreme Court of Texas dated April 2, 2025, Misc. Docket No. 25-9016, the above cause has been transferred to the Fifteenth Court of Appeals District in Austin, Texas on this date. All future correspondence and filings regarding this cause should be directed to Christopher A. Prine, Clerk, Fifteenth Court of Appeals, William P. Clements Building, 300 West 15th Street, Suite 607, Austin, Texas 78701. The phone number is (512)463-1610, and the website is www.txcourts.gov/15thcoa.

Sincerely,

Sherry Williamson

Sherry Williamson, Clerk

cc:    Judge Robert Hill Trapp (DELIVERED VIA E-MAIL)
      Gabriel Garcia (DELIVERED VIA E-MAIL)
      Kaetheryne B. Kyriell (DELIVERED VIA E-MAIL)
      Judge John L. Brick (DELIVERED VIA E-MAIL)